IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSPEPH LEE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-907-WKW |
| ) | [WO] |
| CORIZON HEALTH ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 10, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED

1. The Recommendation (Doc. # 13) is ADOPTED

2. The motion for summary judgment (Doc. # 11) is GRANTED.

3. This case is DISMISSED with prejudice.

   A separate final judgment will be entered.

   DONE this 24th day of March, 2017.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE