IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSPEPH LEE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-907-WKW |
| ) | [WO] |
| CORIZON HEALTH ) | |
| ) | |
| Defendant. ) | |

## **FINAL JUDGMENT**

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that the claims of Plaintiff Joseph Lee Lewis against Defendant Corizon Health are DISMISSED with prejudice, and that this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 24th day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE